IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO ALBERTO HERNANDEZ,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING THE UNITED STATES' MOTION IN LIMINE**<br><br>Case No. 2:18-cr-00120-DN<br><br>District Judge David Nuffer |

Plaintiff United States of America filed a motion in limine ("Motion")[1] to prohibit Defendant Pedro Alberto Hernandez from offering into evidence the results of a forensic analysis report (the "Report")[2] through a non-expert witness. The deadline to file a memorandum in opposition to the Motion was May 3, 2019.[3] No opposition has been filed to the Motion.

The Report concludes that a latent fingerprint found on packaging material was not Hernandez's. Elisa Farmer, a senior forensic scientist at the Utah Bureau of Forensic Services, prepared the Report. The Report is hearsay.[4] And, unless Farmer testifies at trial, it is inadmissible,[5] as it does not appear that any exception to the rule against hearsay applies.[6]

---

[1] Motion of United States in Limine ("Motion"), docket no. 66, filed April 26, 2019.

[2] Forensic Analysis Report – Latent Prints, docket no. 66-1, filed April 26, 2019.

[3] Second Amended Trial Order ¶ 3, at 3, docket no. 64, filed April 22, 2019.

[4] FED. R. EVID. 801(c) (defining "hearsay" as an out-of-court statement offered "in evidence to prove the truth of the matter asserted in the statement").

[5] *Id.* 802 (hearsay is generally inadmissible).

[6] *See id.* 803 (setting forth exceptions to the rule against hearsay); *id.* 804 (same).

elm

## ORDER

THEREFORE, IT IS HEREBY ORDERED that the Motion[7] is GRANTED. Unless Farmer testifies at trial, Hernandez is prohibited from offering into evidence at trial the Report or any of its results.

Signed May 6, 2019.

BY THE COURT:

David Nuffer
United States District Judge

---

[7] Motion, *supra* note 1.